UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  CASE NO. 18-20289-BEH
CHAPTER 13

ILENE BABB

JUDGE BETH E. HANAN

DEBTOR  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, REBECCA R GARCIA files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** RESOLUTION FUND I LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 7171 | $11,418.67 | $0.00 | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 16th day of July, 2021.

ILENE BABB, 3327 N 57TH ST, MILWAUKEE, WI 53216-3119

ELECTRONIC SERVICE - RICHARD A CHECK BANKRUPTCY LAW OFFICE, 757 N BROADWAY SUITE 401, MILWAUKEE, WI 53202

RESOLUTION FUND I LLC, C/O FCI LENDER SERVICES, P O BOX 27370, ANAHEIM, CA 92809

RESOLUTION FUND I LLC, C/O SINGER LAW GROUP, 2 PARK PLAZA SUITE 870, IRVINE, CA 92614

ELECTRONIC SERVICE - United States Trustee

Date: July 16, 2021                                          /s/ REBECCA R GARCIA
                                                               REBECCA R GARCIA
                                                               Chapter 13 Trustee
                                                               CHAPTER 13 TRUSTEE
                                                               P O BOX 3170
                                                               OSHKOSH, WI 54903-3170